UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JORGE CONTRERAS,  Civil No. 05-1880 ADM/AJB

    Petitioner,

v.  O R D E R

UNITED STATES OF AMERICA,

    Respondent.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated August 19, 2005, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241, (Docket No. 1), is DISMISSED for lack of jurisdiction.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 14, 2005.

                                          s/Ann D. Montgomery
                                          Judge Ann D. Montgomery
                                          U. S. District Court